# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:93cr270

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LARRY DARNELL MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion for Early Termination of Supervision (#67). The court has carefully considered the motion and consulted with the probation officer supervising defendant's release. After careful review of defendant's performance while on supervised release, pretrial services agrees that defendant is a good candidate for early termination. Considering defendant's list of accomplishments while on supervised release, it appears that the judgment of this court has been fully carried out inasmuch as defendant is fully engaged in the workforce, has purchased a new home, and is a contributing participant in the life of his family and his community. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervision (#67) is **GRANTED,** and supervision is **TERMINATED** successfully.

**The Clerk of this court is instructed to send a hard copy of this Order to USPO Price.**

Signed: November 23, 2011

Max O. Cogburn Jr.
United States District Judge